IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON (AND AFRICAN AMERICANS SIMILARLY SITUATED, CLASS ACTION) ET AL<br>v.<br>U.S. DISTRICT JUDGE PETRESE B. TUCKER, et al. | : : : : : : : | CIVIL ACTION<br><br><br><br><br>NO. 12-4980 |

FILED
NOV 2 0 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

AND NOW, this 20th day of November, 2013, upon consideration of plaintiff's pro se amended complaint (Document No. 5), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons discussed in the Court's Memorandum.

2. This case shall be CLOSED.

**BY THE COURT:**

_____
L. FELIPE RESTREPO, J.

ENTERED
NOV 21 2013
CLERK OF COURT